GEORGE W. CAMPBELL, appellant,

*v.*

ANNIE L. CAMPBELL, respondent.

[Decided April 17th, 1924.]

On appeal for an order of the court of chancery advised by Vice-Chancellor Fielder, who filed the following opinion:

"I shall have to deny the motion. I think the welfare of the child, which is the determining factor with the court, requires no modification of the order.

"I do not think this child ought to be taken away from the constant care of her mother. A seven-year-old child ought not be harrassed by shifting her from one parent to the other for any considerable length of time, and I think the conditions under which the child has been living, as disclosed by the affidavits and argument of counsel, on this as well as previous hearings of this matter, show that it is for the best interest of the child that her home should be with her mother, with the right of visitation to the father, as fixed by the order now in force."

*Mr. J. Harry Hull,* for the appellant.

*Mr. Marshall W. Van Winkle,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK—12.

*For reversal*—None.